## (February 19, 1962)

■ In the Matter of the BAR ASSOCIATION OF NASSAU COUNTY, N. Y., INC., Petitioner, v. DAVID FRIEDMAN, an Attorney, Respondent.— In this disciplinary matter, the issues raised were referred to an Official Referee, for hearing and report, together with his recommendations. Before the hearing, respondent submitted his resignation as an attorney and counselor at law. The Referee now submits his report recommending the acceptance of such resignation. Resignation accepted; respondent's name struck from the roll of attorneys. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ BILKENS REALTY CORPORATION, Landlord, v. LOUIS RICHARDSON, Tenant. — Motion by landlord for leave to appeal from an order of the Appellate Term denied, with $10 costs. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ DOMINICK FANELLI et al., Doing Business as F AND M GENERAL CONTRACTORS, Respondents, v. JOHN CIRILLO, Appellant.— Motion by appellant to set aside the judgment appealed from and for other relief, denied. Respondents' attorney should deliver the exhibits to appellant's attorney without further delay. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ EMPIRE STATE DEVELOPMENT CO., INC., Respondent, v. JUSTINE L. LAMBERT, Appellant.— Motion by appellant for leave to cross appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ HARMONY MUSIC CENTER INC., Appellant, v. RAILWAY EXPRESS AGENCY, INC., et al., Respondents.— Motion by appellant to sustain the service of a summons and complaint upon respondent Electro-Voice, Inc., denied, with $10 costs. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of PHILIP SCHARF, Respondent, v. IRVING AIR CHUTE CO., INC., et al., Appellants.— Motion by petitioner-respondent for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of SADIE WOLFF, Deceased. IRVING KORNFELD, Appellant; LOUIS DIAMOND, as Executor, Respondent, et al., Respondents.— Motion by proponent-respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ JESSIE MANGIN et al., Appellants, v. P. T. AND L. CONSTRUCTION CO., INC., Respondent.— Motion by appellants to reinstate a judgment denied, with $10 costs. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of LORRAINE GOFF, Respondent, v. JAMES MACMILLAN, Appellant.— Motion by appellant for a stay, pending appeal from a filiation order and a support order, granted on condition that within 20 days after entry of the order hereon, appellant shall file and serve an undertaking for $4,000, with corporate surety, to pay all the sums required to be paid in the event the support order be affirmed in whole or in part or in the event the appeal be dismissed. Motion by appellant to dispense with printing, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's and respondent's typewritten briefs, which shall include a copy of the opinions, if any, of the court below. The appellant and respondent are directed to file six copies of their respective typewritten briefs and to serve one copy on each other. Beldock, P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.